

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00463-CV

**IN THE ESTATE OF** Juanita L. **WILLIAMS**, aka Juanita Louise Williams, aka Juanita L. Elmer, aka Juanita Louise Elmer, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2022PC01913
Honorable Oscar J. Kazen, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the probate court's March 24, 2023 Order Enforcing Family Settlement Agreement and Awarding Sanctions is AFFIRMED. We ORDER that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent.

SIGNED March 6, 2024.

_____
Beth Watkins, Justice

---

[1] The Honorable Oscar J. Kazen is the presiding judge of Bexar County Probate Court No. 1. However, the Honorable Barbara Scharf-Zeldes, Associate Judge, signed the order at issue in this appeal.